IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-577-RJC-DCK

| US AIRLINE PILOTS ASSOCIATION, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | <u>ORDER</u> |
| ROGER VELEZ and LEONIDAS, LLC, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by C. Grainger Pierce, Jr., concerning Kelly Joyce Flood on October 17, 2014. Kelly Flood seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Kelly Joyce Flood is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: October 20, 2014

David C. Keesler
United States Magistrate Judge