IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-577-RJC-DCK

| | |
|---|---|
| US AIRLINE PILOTS ASSOCIATION, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ROGER VELEZ and LEONIDAS, LLC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 12) filed by John W. Gresham, concerning Joy K. Mele on November 1, 2014. Ms. Joy K Mele seeks to appear as counsel *pro hac vice* for Plaintiff US Airline Pilots Association. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 12) is **GRANTED**. Joy K. Mele is hereby admitted *pro hac vice* to represent Plaintiff US Airline Pilots Association.

**SO ORDERED**.

Signed: November 3, 2014

David C. Keesler
United States Magistrate Judge