IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-577-RJC-DCK

| | |
|---|---|
| US AIRLINE PILOTS ASSOCIATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROGER VELEZ and LEONIDAS, LLC, ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) filed by John W. Gresham, concerning Brian O'Dwyer on November 1, 2014. Mr. Brian O'Dwyer seeks to appear as counsel *pro hac vice* for Plaintiff US Airline Pilots Association. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) is **GRANTED.** Brian O'Dwyer is hereby admitted *pro hac vice* to represent Plaintiff US Airline Pilots Association.

**SO ORDERED**.

Signed: November 3, 2014

David C. Keesler
United States Magistrate Judge