**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:14-CV-577-RJC-DCK**

| | | |
|---|---|---|
| **US AIRLINE PILOTS ASSOCIATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ROGER VELEZ and LEONIDAS, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

     **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) filed by John W. Gresham, concerning Gary Silverman on November 1, 2014.  Mr. Gary Silverman seeks to appear as counsel *pro hac vice* for Plaintiff US Airline Pilots Association.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

     **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) is **GRANTED**. Gary Silverman is hereby admitted *pro hac vice* to represent Plaintiff US Airline Pilots Association.

     **SO ORDERED**.

Signed: November 3, 2014

David C. Keesler
United States Magistrate Judge