# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-577-RJC-DCK

| | |
|---|---|
| US AIRLINE PILOTS ASSOCIATION, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ROGER VELEZ, and LEONIDAS, LLC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Jurisdictional Discovery As To Defendants Velez And Leonidas" (Document No. 22) filed November 24, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion, without prejudice to re-file. Plaintiffs have failed to show that the requirement of consultation has been met pursuant to Local Rule 7.1(B).

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Jurisdictional Discovery As To Defendants Velez And Leonidas" (Document No. 22) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: November 25, 2014

David C. Keesler
United States Magistrate Judge