IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-577-RJC-DCK

| | |
|---|---|
| US AIRWAY PILOTS ASSOCIATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ROGER VELEZ, on behalf of himself and all ) | |
| similarly situated former America West Pilots, ) | |
| and LEONIDAS, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendant Velez's Motion to Dismiss for Lack of Jurisdiction, (Doc. No. 7), Defendant Leonidas' Motions to Dismiss for Failure to State a Claim and for Lack of Jurisdiction, (Doc. No. 8), Plaintiff's Motion to Remand, (Doc. No. 19), Plaintiff's Motion for Discovery *On Jurisdiction*, (Doc. No. 24), Plaintiff's Motion to Amend/Correct, (Doc. No. 33), the Magistrate Judge's Memorandum and Recommendation ("M&R"), (Doc. No. 39), Defendants' Objection to the M&R, (Doc. No. 42), and Plaintiff's Reply to Defendants' Objection to the M&R, (Doc. No. 44).

In the M&R, the Magistrate Judge recommended that: Plaintiff's Motion for Discovery *On Jurisdiction* be <u>granted</u>; Plaintiff's Motions to Remand and for a Hearing be <u>denied</u> without prejudice to refile; and Defendants' Motions to Dismiss be <u>denied</u> without prejudice to refile. Defendants filed an Objection to the M&R of the Magistrate Judge on April 16, 2015, and Plaintiff filed a Reply to Defendants' Objection on April 28, 2015. It is ripe for review.

In Defendants' Objection to the M&R, Defendants consented to personal jurisdiction. It is therefore unnecessary to grant Plaintiff's Motion for Discovery *On Jurisdiction*. In all other

1

respects, this Court **adopts** the findings of fact and conclusions of law specified in the Magistrate Judge's M&R.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's Motion to Remand, (Doc. No. 19), is **DENIED WITHOUT PREJUDICE**.

2. Plaintiff's Motion For Jurisdictional Discovery, (Doc. No. 24), is **DENIED AS MOOT**.

3. Plaintiff's Motion for Leave to Amend the Complaint, (Doc. No. 33), is **GRANTED**. Plaintiff shall file an Amended Complaint no later than twenty days after the effect of this order.

4. Plaintiff's Request for Hearing on Pending Motions is **DENIED AS MOOT**.

5. Defendant Leonidas' Motion to Dismiss for Failure to State A Claim Upon Which Relief Can Be Granted is **DENIED AS MOOT, without prejudice** to refile such motion, if appropriate, after the Amended Complaint is filed.

Signed: June 3, 2015

Robert J. Conrad, Jr.
United States District Judge