THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| US AIRLINE PILOTS ASSOCIATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROGER VELEZ, on behalf of himself and ) <br> all similarly situated former America West ) <br> Pilots, and LEONIDAS, LLC, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.: <br> 3:14-CV-577-RJC-DCK |
| EDDIE BOLLMEIER, BILL TRACEY and, ) <br> SIMON PARROTT, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GARY HUMMEL, STEPHEN ) <br> BRADFORD, ROB STREBLE, ) <br> STEVE SMYSER, ROBERT ) <br> FREAR, COURTNEY BORMAN, ) <br> and JANE DOE BORMAN, ) <br> RONALD NELSON, PAUL DIORIO ) <br> PAUL MUSIC, JOHN TAYLOR, ) <br> JOE STEIN, PETE DUGSTAD, ) <br> JAY MILKEY, and STEPHEN NATHAN, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.: <br> 3:15-cv-00111-RJC-DCK |

**ORDER GRANTING CONSOLIDATION OF CASES**

**THIS MATTER** is before the Court upon the Plaintiff's Motion to Consolidate (Doc. No. 40) and the consent of counsel for Defendants to consolidate U.S. Airline Pilots Association v.

Velez, et al., Case No.: 3:14-CV-577-RJC-DCK and Bollmeier v. Hummel, et al., Case No. 3:15-cv-00111. For good cause shown, this Motion is GRANTED.

IT IS THEREFORE ORDERED that these cases be consolidated into Case No. 3:14-CV-577-RJC-DCK.

Signed: June 24, 2015

Robert J. Conrad, Jr.
United States District Judge