UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00480-RJC-DSC

| | |
|---|---|
| EDDIE BOLLMEIER, BILL TRACEY and, SIMON PARROTT, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ROBERT FREAR, COURTNEY BORMAN, RONALD NELSON, PAUL DIORIO, and PAUL MUSIC, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiffs' Consent Motion to Consolidate. (Doc. No. 16). For good cause shown, this Motion is GRANTED.

**IT IS, THEREFORE, ORDERED** that this action is consolidated into <u>U.S. Airline Pilots Association v. Velez, et al.</u>, Case No. 3:14-cv-577-RJC-DCK, and that all future filings shall utilize the case number 3:14-cv-577-RJC-DCK.

Signed: November 9, 2015

Robert J. Conrad, Jr.
United States District Judge