IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-577-RJC-DCK

| | |
|---|---|
| US AIRLINE PILOTS ASSOCIATION, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ROGER VELEZ and LEONIDAS, LLC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 85) filed by Robert A. Blake, Jr., concerning Lee Seham December 2, 2015. Mr. Lee Seham seeks to appear as counsel *pro hac vice* for Defendants Hummel, Bradford, Streble, Smyser, Borman, Taylor, Stein, Dugstad, Milkey, and Nathan. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 85) is **GRANTED**. Lee Seham is hereby admitted *pro hac vice* to represent Defendants Hummel, Bradford, Streble, Smyser, Borman, Taylor, Stein, Dugstad, Milkey, and Nathan.

**SO ORDERED**.

Signed: December 3, 2015

David C. Keesler
United States Magistrate Judge