**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:14-CV-577-RJC-DCK**

| | | |
|---|---|---|
| US AIRLINE PILOTS ASSOCIATION, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROGER VELEZ and LEONIDAS, LLC, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 86) filed by Robert A. Blake, Jr., concerning Stanley J. Silverstone on December 2, 2015.  Mr. Stanley J. Silverstone seeks to appear as counsel *pro hac vice* for Defendants Hummel, Bradford, Streble, Smyser, Borman, Taylor, Stein, Dugstad, Milkey, and Nathan.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 86) is **GRANTED**. Stanley J. Silverstone is hereby admitted *pro hac vice* to represent Defendants Hummel, Bradford, Streble, Smyser, Borman, Taylor, Stein, Dugstad, Milkey, and Nathan.

**SO ORDERED**.

Signed: December 3, 2015

David C. Keesler
United States Magistrate Judge