**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-577-RJC-DCK**

| | |
|---|---|
| US AIRLINE PILOTS ASSOCIATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| ROGER VELEZ and LEONIDAS, LLC, | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion Of William R. Wilder, Esq. For Special Admission" (Document No. 132) filed August 12, 2016. Mr. William R. Wilder, Esq. seeks Special Admission to practice in this Court. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion Of William R. Wilder, Esq. For Special Admission" (Document No. 132) is **GRANTED**. William R. Wilder, Esq. is hereby admitted Special Admissions to practice before this Court.

**SO ORDERED**.

Signed: August 16, 2016

David C. Keesler
United States Magistrate Judge