UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-00577-RJC-DCK

| US AIRLINE PILOTS ASSOCIATION, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER AND** |
| | ) | **NOTICE OF HEARING** |
| ROGER VELEZ, on behalf of himself | ) | |
| and all similarly situated former | ) | |
| America West Pilots, and | ) | |
| LEONIDAS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court on the parties' Joint Response to Objections to Settlement Agreement, (Doc. No. 123). It appears that fourteen Class Members, represented by three attorneys, have filed timely objections to the Settlement Agreement and made requests to be heard at the Fairness Hearing on August 30, 2016. (Doc. Nos. 128 to 128-6).

In light of their timely objections, the Court will allow the three attorneys representing the objectors to speak at the Fairness Hearing on August 30, 2016, at 9:30 a.m. Those attorneys are: (1) Andrew M. Riolo; (2) William R. Wilder;[1] and (3) Stephen M. Bourtin. Each attorney will be given fifteen (15) minutes to speak on behalf of his client(s) regarding the objections to the Settlement Agreement.

**IT IS, THEREFORE, ORDERED** that attorneys Andrew M. Riolo, William R. Wilder,

---

[1] Whether William R. Wilder will ultimately be allowed to speak at the Fairness Hearing is subject to the Court's ruling on USAPA's Motion to Disqualify William Wilder. (Doc. No. 129).

and Stephen M. Bourtin appear to be heard on their objections to the Settlement Agreement on August 30, 2016, at 9:30 a.m. at 401 W. Trade Street, Charlotte, North Carolina 28202 in Courtroom 2-1.

The Clerk of Court is respectfully directed to mail and email this Order to the attorneys at the following addresses[2]:

1. Andrew M. Riolo
   South Park Towers
   6100 Fairview Road
   Suite 335
   Charlotte, NC 28210
   amriolo@riololaw.com

2. William R. Wilder
   Baptiste & Wilder, PC
   1150 Connecticut Ave., NW
   Suite 315
   Washington, DC 20036
   wwilder@bapwild.com

3. Stephen M. Bourtin
   The Boyd Law Group, PLLC
   68 Southfield Ave., Suite 100
   Two Stamford Landing
   Stamford, CT 06902
   sbourtin@theboydlawgroup.com

Signed: August 19, 2016

Robert J. Conrad, Jr.
United States District Judge

---

[2] The addresses for each attorney were taken from each of their objections sent to Grant Thornton LLP. (Doc. Nos. 128-3, 128-4, 128-6).